# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

  Plaintiff,

  v.      Case No. 00-C-1049

RUTH D. DIETZ-OVERTON,,

  Defendant,

PERLICK CORPORATION,

  Garnishee-Defendant.

## ORDER

  Ruth D. Dietz-Overton has filed a motion for a hearing in this garnishment proceeding. In order to resolve this matter, the court ORDERS that the government shall serve and file a response within ten days of the date of this Order.

  Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 27th day of April 2005.

           s/Thomas J. Curran
           THOMAS J. CURRAN
           United States District Judge